UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN DOSCHER,

    Plaintiff,

    v.

CASH AMERICA, d/b/a Pawn X-Change,

    Defendant.

CASE NO. C12-5490BHS

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

This matter comes before the Court on Plaintiff's application to proceed in forma pauperis. Dkt. 1. The Court has reviewed the application and the remainder of the file and finds that Plaintiff is unable to afford to pay the filing fee at this time. Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

Pursuant to Fed. R. Civ. P. 4, Plaintiff must complete summons forms with the complete name and address of the person or persons authorized to accept service on behalf of each Defendant and/or Defendant corporation. Once the completed forms have been submitted, the Court will then direct service by the Clerk, if such service is requested by Plaintiff.

DATED this 18th day of June, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER