1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN DOSCHER,

              Plaintiff,

v.

CASH AMERICA, D/B/A PAWN X-CHANGE,

              Defendant.

CASE NO. C12-5490BHS

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT AND DISMISSING PARTY

13
14
15
16
17
18

      This matter comes before the Court on Plaintiff's unopposed motion to amend the complaint. Dkt. 15. The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby grants the motion and dismisses claims against Defendant Cash America, D/B/A Pawn X-Change ("Cash America"), for the reasons stated herein.

19
20
21

      In his motion to amend, Doscher states that he seeks to file a first amended complaint naming "Tixam, LLC" as the sole Defendant and does not dispute that his claims against Cash America should be dismissed. Dkt. 15.

22

1  Therefore, it is hereby **ORDERED** that Doscher's motion to amend the complaint
2  is **GRANTED**, all claims against Cash America are **DISMISSED with prejudice**, and
3  Doscher is to file an amended complaint naming Tixam, LLC as the Defendant.
4  Dated this 11th day of September, 2012.

<br>

_____
BENJAMIN H. SETTLE
United States District Judge